STATE OF NEW JERSEY v. NICHOLAS CIARLETTA.

June 27, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. KENNETH LOGAN.

June 27, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. ANTHONY N. HENDERSON.

June 27, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. LEE ANTHONY BARNES.

June 27, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. WILLIAM S. PALMER.

June 27, 1986.

Petition for certification denied.